B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)　　　　　　Case Number **11−36827−DOT**

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 10/27/11 and was converted to a case under chapter 7 on 6/27/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carol L. Wun
dba A Carol Wun Original
4900 E. Layburn Ct.
Apt T1
Richmond, VA 23228

| | |
|---|---|
| Case Number:   11−36827−DOT<br>Office Code:   3 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−1115 |
| Attorney for Debtor(s) (name and address):<br>Julia Bonham Adair<br>Hathaway Adair, P.C.<br>3412 Cutshaw Ave<br>Richmond, VA 23230<br>Telephone number:  (804) 257−9944 | Bankruptcy Trustee (name and address):<br>Lynn L. Tavenner<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219<br>Telephone number:  (804) 783−8300 |

### Meeting of Creditors:
Date: **8/6/13**　　　　　　　　　　　　　　　　　　　　　　　Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**10/7/13**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24−hour case information:**<br>Toll Free 1−866−222−8029 | Date:  June 28, 2013 |

# EXPLANATIONS <span style="float:right">B9A (Official Form 9A) (12/12)</span>

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 11-36827-DOT
Carol L. Wun                                                          Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: mullert              Page 1 of 4           Date Rcvd: Jun 28, 2013
                              Form ID: B9A              Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2013.
```
db          +Carol L. Wun,    4900 E. Layburn Ct.,    Apt T1,   Richmond, VA 23228-4845
aty         +Julia B Adair,    Hathaway Adair,   3412 Cutshaw Avenue,    Richmond, VA 23230-5014
aty         +Mark C. Leffler,   Boleman Law Firm, P.C.,   P.O. Box 11588,   Richmond, VA 23230-1588
aty         +Richard Stanley Ralston,    Weinstein & Riley, P. S.,   2001 Western Avenue, Suite 400,
              Seattle, WA 98121-3132
aty         +Trenita J. Stewart,   Shapiro Brown & Alt, LLP,   236 Clearfield Ave., Suite 215,
              Virginia Beach, VA 23462-1893
cr          +GMAC MORTGAGE, LLC (SUCCESSOR BY MERGER TO GMAC MO,   236 CLEARFIELD AVE SUITE 215,
              VIRGINIA BEACH, VA 23462-1893
11866342    #+2 GT Richmond, Inc,    DBA Two Guys & A Truck Richmon,   2210 Magnolia Street,
              Richmond, VA 23223-2312
11866332    #+2GT Richmond Inc.,    DBA Two Guys & A Truck,   2210 Magnolia Street,   Richmond, VA 23223-2312
10775788     Bank of America,   PO Box 17270,   Wilmington, DE 19850-7270
10914467     Boleman Law Firm, P.C.,   P.O. Box 11588,   Richmond, VA  23230-1588
11866333    +Cherry, Seymore & Baronian, P.C.,   6800 Paragon Place, Suite 420,   Richmond, VA 23230-1652
11866349    +Cherry, Seymour & Baronian, PC,   6800 Paragon Place, STE 420,   Re: 2GT Richmond, Inc.,
              Richmond, VA 23230-1652
10775792    +Citifinancial,   2710 Enterprise Parkway,   Henrico, VA 23294-6334
10775793     Clearpoint Financial Services,   P.O. Box 71570,   Richmond, VA 23255-1570
10775796    +GMAC Mortgage,   6716 Grade Lane,   Louisville, KY 40213-3439
10903115    +GMAC Mortgage LLC,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
10775797     Nationwide Credit, Inc,   Re: American Express,   P.O.Box 26314,   Lehigh Valley, PA 18002-6314
11866335    +Nuwave,   c/o Hearthware, Inc.,   1755 N. Butterfield Road,   Libertyville, IL 60048-1227
11866362    +Shapiro & Burson, LLP,   Re: GMAC Mortgage,   236 Clearfield Ave. Ste. 215,
              VA Beach, VA 23462-1893
11866363     Virginia Credit Union,   P.O. Box 90010,   Re: Bankruptcy,   Richmond, VA 23225-9010
11866336     Virginia Credit Union,   P.O. Box 90010,   Richmond, VA 23225-9010
10775799     West Asset Management,   Re:AMEX,   PO Box 1022,   Wixom, MI 48393-1022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: hathawayadair@gmail.com Jun 29 2013 02:31:44     Julia Bonham Adair,
              Hathaway Adair, P.C.,   3412 Cutshaw Ave,   Richmond, VA  23230
aty         +EDI: BASSASSOC.COM Jun 29 2013 02:03:00     Patti H. Bass,   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
tr          +EDI: QLLTAVENNER.COM Jun 29 2013 02:03:00     Lynn L. Tavenner,
              20 North Eighth Street, Second Floor,   Richmond, VA 23219-3302
cr          +EDI: BASSASSOC.COM Jun 29 2013 02:03:00     Capital One, N.A.,   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
cr           EDI: RECOVERYCORP.COM Jun 29 2013 02:03:00     GE Capital Retail Bank c/o Recovery Management Sys,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
10775787     EDI: CITICORP.COM Jun 29 2013 02:03:00     AT&T Universal Card,   Bankruptcy Dept,
              P.O. Box 6013,   Sioux Falls, SD 57117-6013
10775786    +EDI: AMEREXPR.COM Jun 29 2013 02:03:00     American Express,   Attn: Bankruptcy Dept,
              777 American Expressway,   Ft. Lauderdale, FL 33337-0002
10906667     EDI: BECKLEE.COM Jun 29 2013 02:03:00     American Express Bank FSB,   c/o Becket and Lee LLP,
              POB 3001,   Malvern PA 19355-0701
10894667     EDI: BECKLEE.COM Jun 29 2013 02:03:00     American Express Centurion Bank,
              c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10867108    +EDI: OPHSUBSID.COM Jun 29 2013 02:03:00     BACK BOWL I LLC, SERIES B,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
11866346    +EDI: BASSASSOC.COM Jun 29 2013 02:03:00     Bass & Associates,   RE:  HSBC,
              3936 E. Ft. Lowell Rd., #200,   Tucson, AZ 85712-1083
10960860    +EDI: OPHSUBSID.COM Jun 29 2013 02:03:00     Candica, LLC,   c/o Weinstein & Riley, P.S.,
              2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
11866347    +EDI: OPHSUBSID.COM Jun 29 2013 02:03:00     Candica, LLC,   c/o Weinstein & Riley, PS,
              2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
11283837    +EDI: BASSASSOC.COM Jun 29 2013 02:03:00     Capital One, N.A.,   Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
10775789    +EDI: CHASE.COM Jun 29 2013 02:03:00     Chase,   Attn: Bankruptcy Dept,   201 N. Walnut Street,
              Wilmington, DE 19801-2920
10866424     EDI: CHASE.COM Jun 29 2013 02:03:00     Chase Bank USA, N.A.,   PO Box 15145,
              Wilmington, DE 19850-5145
10775790    +EDI: CITICORP.COM Jun 29 2013 02:03:00     Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
10795704    +EDI: TSYS2.COM Jun 29 2013 02:03:00     Department Stores National Bank/Macy's,
              Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
10785449     EDI: DISCOVER.COM Jun 29 2013 02:03:00     Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
10775794     EDI: DISCOVER.COM Jun 29 2013 02:03:00     Discover Financial Services,   P.O. Box 6103,
              Carol Stream, IL 60197-6103
10787047     EDI: BANKAMER2.COM Jun 29 2013 02:03:00     FIA CARD SERVICES, N.A.,   PO Box 15102,
              Wilmington, DE 19886-5102
10775795    +EDI: BANKAMER.COM Jun 29 2013 02:03:00     FIA Card Services,   P.O. Box 15026,
              Wilmington, DE 19850-5026
```

```
District/off: 0422-7           User: mullert               Page 2 of 4                   Date Rcvd: Jun 28, 2013
                               Form ID: B9A                Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11027962       +EDI: BASSASSOC.COM Jun 29 2013 02:03:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11866334        EDI: IRS.COM Jun 29 2013 02:03:00      Internal Revenue Service,    Int. Rev. Service Center,
                 Kansas City, MO 64999-0002
10804363       +E-mail/Text: bnc@nordstrom.com Jun 29 2013 02:38:10       Nordstrom fsb,    P.O. Box 6566,
                 Englewood, CO 80155-6566
10867106       +EDI: OPHSUBSID.COM Jun 29 2013 02:03:00      OAK HARBOR CAPITAL III, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
10775785       +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jun 29 2013 02:45:44       Office of the US Trustee,
                 701 E. Broad Street,    Room 4304,   Richmond, VA 23219-1885
11076220        EDI: PRA.COM Jun 29 2013 02:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
11866360       +EDI: PRA.COM Jun 29 2013 02:03:00      PRA Receivables Management,    PO Box 41067,
                 Norfolk, VA 23541-1067
11866361       +EDI: RECOVERYCORP.COM Jun 29 2013 02:03:00      Recovery Management Systems Co,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11051430        EDI: RECOVERYCORP.COM Jun 29 2013 02:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11866363        EDI: VACU.COM Jun 29 2013 02:03:00      Virginia Credit Union,    P.O. Box 90010,    Re: Bankruptcy,
                 Richmond, VA 23225-9010
11866336        EDI: VACU.COM Jun 29 2013 02:03:00      Virginia Credit Union,    P.O. Box 90010,
                 Richmond, VA 23225-9010
10775798       +EDI: WFFC.COM Jun 29 2013 02:03:00      Wells Fargo,   One Home Campus,
                 BK PMT PROC/MAC#X2302-04C,    Des Moines, IA 50328-0001
11745081       +EDI: BASSASSOC.COM Jun 29 2013 02:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                                 TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Candica, LLC,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
cr*         ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,     POB 41067,    NORFOLK, VA 23541)
cr*          +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
               TUCSON, AZ 85712-1083
11866344*     AT&T Universal Card,   Bankruptcy Dept,    P.O. Box 6013,   Sioux Falls, SD 57117-6013
11866343*    +American Express,    Attn: Bankruptcy Dept,   777 American Expressway,
               Ft. Lauderdale, FL 33337-0002
11866345*     Bank of America,   PO Box 17270,   Wilmington, DE 19850-7270
11866348*    +Chase,   Attn: Bankruptcy Dept,   201 N. Walnut Street,    Wilmington, DE 19801-2920
11866350*    +Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
11866351*     Citifinancial,   Attn: Bankruptcy Dept,    PO Box 140489,   Irving, TX 75014-0489
11866352*    +Citifinancial,   2710 Enterprise Parkway,    Henrico, VA 23294-6334
11866353*     Clearpoint Financial Services,    P.O. Box 71570,   Richmond, VA 23255-1570
11866354*     Discover Financial Services,    P.O. Box 6103,   Carol Stream, IL 60197-6103
11866355*    +FIA Card Services,   P.O. Box 15026,   Wilmington, DE 19850-5026
11866356*    +GMAC Mortgage,   6716 Grade Lane,   Louisville, KY 40213-3439
11866337*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Int. Rev. Service Center,
               Kansas City, MO 64999-0002)
11866357*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     Int. Rev. Service Center,
               Kansas City, MO 64999-0002)
11866358*     Nationwide Credit, Inc,   Re: American Express,    P.O.Box 26314,   Lehigh Valley, PA 18002-6314
11866359*    +Nuwave,   c/o Hearthware, Inc,   1755 N. Butterfield Road,    Libertyville, IL 60048-1227
11866338*    +Nuwave,   c/o Hearthware, Inc.,   1755 N. Butterfield Road,    Libertyville, IL 60048-1227
11866339*     Virginia Credit Union,   P.O. Box 90010,    Richmond, VA 23225-9010
11866364*    +Wells Fargo,   One Home Campus,   BK PMT PROC/MAC#X2302-04C,    Des Moines, IA 50328-0001
11866365*     West Asset Management,   Re:AMEX,   PO Box 1022,   Wixom, MI 48393-1022
10775791     ##Citifinancial,   Attn: Bankruptcy Dept,    PO Box 140489,   Irving, TX 75014-0489
                                                                                              TOTALS: 0, * 22, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0422-7          User: mullert              Page 3 of 4              Date Rcvd: Jun 28, 2013
                              Form ID: B9A              Total Noticed: 55

                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0422-7           User: mullert              Page 4 of 4                  Date Rcvd: Jun 28, 2013
                               Form ID: B9A               Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2013 at the address(es) listed below:
        Julia Bonham Adair    on behalf of Debtor Carol L. Wun hathawayadair@gmail.com,
         ecf@hathawayadair.com
        Lynn L. Tavenner    ltavenner@tb-lawfirm.com,    ltavenner@ecf.epiqsystems.com;jwolf@tb-lawfirm.com
        Mark C. Leffler    on behalf of Attorney Julia B Adair ecf@bolemanlaw.com,
         ecfbackup@bolemanlaw.com
        Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        Richard Stanley Ralston    on behalf of Creditor   Candica, LLC chapter-13@w-legal.com,
         angelan@w-legal.com
        Robert E. Hyman    station08@ricva.net,
         notices@access13.com;station03@ricva.net;station05@ricva.net;station06@ricva.net;station07@ricva.net;station10@ricva.net;station09@ricva.net;station16@ricva.net;station11@ricva.net;station12@ricva.net;stat
        Trenita J. Stewart    on behalf of Creditor   GMAC MORTGAGE, LLC (SUCCESSOR BY MERGER TO GMAC
         MORTGAGE CORP.) vabecf@logs.com
                                                                                                 TOTAL: 7